[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 29, 2009
THOMAS K. KAHN
CLERK

No. 08-11225
Non-Argument Calendar
_____

D.C. Docket No. 07-20194-CR-SH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JULIO RAMIREZ,
a.k.a. Cacho,

Defendant-Appellant.

_____

No. 08-11273
Non-Argument Calendar
_____

D.C. Docket No. 07-20195-CR-SH

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JULIO RAMIREZ,

Defendant-Appellant.

_____

Appeals from the United States District Court for the
Southern District of Florida
_____

**(January 29, 2009)**

Before TJOFLAT, DUBINA and WILSON, Circuit Judges.

PER CURIAM:

Stewart Abrams, appointed counsel for Julio Ramirez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ramirez's convictions and sentences are **AFFIRMED**.